Entered on Docket
March 30, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset Backed Certificate Series 2006-3

09-77852 / 0153684956

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Avis Ellis

Debtor.

BK-S-09-27726-lbr

MS Motion No.
Date: December 17, 2009
Time: 1:30 PM

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 6 Monthly Payments at $2,180.16 (October 1, 2009 - March 1, 2010) | $13,080.96 |
| 6 Late Charges at $95.75 (October 16, 2009 - March 16, 2010) | $574.50 |
| Property Inspections | $30.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $14,585.46 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $2,430.91 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the April 20, 2010 payment and continuing throughout and concluding on or before September 20, 2010. ~~The sixth final payment in the amount of $2,430.91 shall be paid on or before August 20, 2010~~.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2745 Promontory Vista Place Unit H, Las Vegas, NV 89142, and legally described as follows:

PARCEL 1:
LOT 32 OF FINAL MAP OF THE QUARRY UNIT 1, A COMMON INTEREST COMMUNITY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 117 OF PLATS, PAGE 66, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

PARCEL II:
RECIPROCAL, NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS AND EGRESS OVER THE ASSOCIATION PROPERTY, SUBJECT TO, AND AS SET FORTH IN THE COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SUNRISE HIGHLANDS RECORDED AUGUST 1, 2006 IN BOOK 20060801 AS DOCUMENT NO. 0004725, OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

1  Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file
2  and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
3  Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
4  attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
5  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
6  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
7  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
8  State Law, and take any action necessary to obtain complete possession thereof.

10 Submitted by:
11 WILDE & ASSOCIATES

13 By_____#10099_____
14 GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
15 212 South Jones Boulevard
   Las Vegas, Nevada 89107

17 APPROVED AS TO FORM & CONTENT:

18 Kathleen A Leavitt                              Ryan Alexander

19 By_____                       By_____

20 Kathleen A Leavitt                              Ryan Alexander
   Chapter 13 Trustee                              Attorney for Debtors
21 201 Las Vegas Blvd., So. #200                   520 S. 4th St.
   Las Vegas, NV 89101                             Las Vegas, NV 89148

23                                                 Nevada Bar No. 10845

1 | Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file
2 | and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
3 | Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
4 | attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
5 | (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
6 | Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
7 | thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
8 | State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Ryan Alexander

By_____

Ryan Alexander
Attorney for Debtors
520 S. 4th St.
Las Vegas, NV 89148

Nevada Bar No. 10845