**Entered on Docket**
**August 26, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Ryan Alexander, Esq.
Nevada Bar No. 10845
Law Offices of Ryan Alexander PLLC
520 S. 4th St., Ste. 340
Las Vegas, NV 89101
Phone:  (702) 868-3311
Fax:      (702) 868-3312
E-mail:  info@RyanAlexander.us
*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 09-27726-lbr-11-LBR |
| | CHAPTER 11 |
| AVIS ELLIS, | |
| DEBTOR. | Date of Hearing:  June 30, 2010 |
| | Time of Hearing:  1:30 p.m. |

### ORDER ON MOTION TO DISMISS CHAPTER 11 CASE

The Court having considered Debtor's Motion to Dismiss Chapter 11 bankruptcy proceeding filed herein, and having come before this Court for hearing on the date and at the time set forth above with Debtor appearing by and through her legal counsel, Ryan Alexander of the Law Offices of Ryan Alexander PLLC, and none of the creditors having appeared or otherwise having responded, and good cause appearing,

IT IS HEREBY ORDERED that the Order on Motion to Dismiss Chapter 11 Case is hereby granted.

DATED the 18th day of August. 2010.

-1-

Respectfully submitted,
/s/Ryan Alexander
Ryan Alexander, Esq.
Nevada Bar No. 10845
Law Offices of Ryan Alexander PLLC
520 S. 4th St., Ste. 340
Las Vegas, NV 89101
Phone:   (702) 868-3311
Fax:       (702) 868-3312
E-mail:  info@RyanAlexander.us
*Attorney for Debtor*

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certified as follows (check one):

____    The court has waived the requirement of approval under LR 9021.

____    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__  This is a chapter 9, 11 or 15 case and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing and each has approved or disapproved the order, or failed to respond, as indicated below:

| Name | Approved/Disapproved | Failed to Respond |
|---|---|---|
| /s/AGELAKOPOULOS, ATHANASIOS<br>AGELAKOPOULOS, ATHANASIOS<br>Attorney for U.S. Trustee | Approved | |

____    No opposition was filed in response to the motion, and no other party or counsel appeared at the hearing.

In accordance with Local Rule 9021, the undersigned certifies that:  I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by:
By:      /s/ Ryan Alexander
           Ryan Alexander, Esq.

###